# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JOAN M. MAKELA                                      Case Number: 06-72215
521 W. STATE STREET, APT. #1          SSN-xxx-xx-8639
SYCAMORE, IL  60178

Case filed on:           11/22/2006
Plan Confirmed on:         3/5/2007

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $6,000.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 3,000.00 | 3,000.00 | 1,631.38 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 1,631.38 | 0.00 |
| 007 | NANCY H. MINDRUP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOAN M. MAKELA | 0.00 | 0.00 | 300.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 300.00 | 0.00 |
| 001 | THE NATIONAL BANK & TRUST CO SYCAMORE | 6,929.69 | 6,929.69 | 2,184.37 | 171.92 |
| 023 | JAMES R. FLEMING | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 6,929.69 | 6,929.69 | 2,184.37 | 171.92 |
| 002 | ANESTHESIA ASSOCIATES, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CAPITAL ONE | 346.83 | 104.05 | 22.21 | 0.00 |
| 004 | CAPITAL ONE | 433.07 | 129.92 | 27.73 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 1,736.20 | 520.86 | 111.17 | 0.00 |
| 006 | CREDITORS PROTECTION SERVICE, INC | 6,804.34 | 2,041.30 | 435.67 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 1,582.50 | 474.75 | 108.55 | 0.00 |
| 009 | EHMEN INDUSTRIES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | HAUSER ROSS EYE INST. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 243.60 | 73.08 | 15.60 | 0.00 |
| 012 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MIDWEST ORTHOPEDIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NATIONAL EDUCATION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | THE NATIONAL BANK & TRUST CO SYCAMORE | 1,608.38 | 482.51 | 102.98 | 0.00 |
| 019 | NORTHERN OPEN MRI | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | QUEST DIAGNOSTICS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD ORTHOPEDIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROUNDUP FUNDING LLC | 2,470.18 | 741.05 | 158.16 | 0.00 |
| 024 | JASON MAKELA | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ILLINOIS STUDENT ASSISTANCE COMM | 4,909.03 | 1,472.71 | 314.32 | 0.00 |
| 026 | ROCKFORD MERCANTILE AGENCY INC | 1,171.40 | 351.42 | 74.98 | 0.00 |
|  | Total Unsecured | 21,305.53 | 6,391.65 | 1,371.37 | 0.00 |
|  | Grand Total: | 31,235.22 | 16,321.34 | 5,487.12 | 171.92 |

Total Paid Claimant:        $5,659.04
Trustee Allowance:          $340.96                 Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       21.46          discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007                By  /s/Heather M. Fagan